■ CHARLES FISHER, Appellant, v. ANTHONY F. VIETRI, Respondent.— In an action by a vendee for specific performance of a contract of sale of real property, plaintiff appeals from an order of the Supreme Court, Queens County, dated October 5, 1973, which granted defendant's motion for summary judgment dismissing the complaint, together with ancillary relief pursuant to the provisions of the contract. Order reversed, with $20 costs and disbursements, and motion denied. The motion papers raise substantial issues of fact concerning whether the defendant vendor fully attempted in good faith to remove the outstanding violation on the property in accordance with the provision of the contract. Hopkins, Acting P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.

■ In the Matter of JOAN L. BOYD, Respondent, v. DONALD BOYD, Appellant.— In a support proceeding, the appeal is from an order of the Family Court, Nassau County, entered November 2, 1973, which ordered appellant to pay $250 monthly for support of the parties' two minor children and $350 to petitioner's attorney as a counsel fee. Order modified, on the facts, by reducing the amount of support to $200 monthly. As so modified, order affirmed, without costs. Appellant is paying $200 monthly as child support under a stipulation of settlement executed by the parties on December 29, 1972. One of the children is away at college receiving funds from corporate stock provided by appellant's father. Under the facts and circumstances shown, we believe that $200 is presently reasonable and adequate child support. Shapiro, Acting P. J., Cohalan, Christ, Benjamin and Munder, JJ., concur.